AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Denise Williams

V.

J & J Painting of Naperville, Inc.

CASE NUMBER: 08CV4002

ASSIGNED JUDGE: JUDGE GRADY

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE MASON

TO: (Name and address of Defendant)

J & J Painting of Naperville, Inc.
c/o Roger C. Nelson, Registered Agent
129 West Willow Avenue
Wheaton, Illinois 60187

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Marc J. Siegel
Caffarelli & Siegel Ltd.
180 N. Stetson Ave., Ste. 3150
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

_(signature)_
(By) DEPUTY CLERK

July 15, 2008
Date

IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Denise Williams | | |
| vs.    J & J Painting Of Naperville, Inc. | | Case Number    08 CV 4002 |

### AFFIDAVIT OF SERVICE

I, Steve Serafin, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 18 day of July, 2008, at 10:15 AM at 129 West Willow Ave., Wheaton, IL 60187, did serve the following document(s):

**Summons and Complaint**

Upon:   J & J Painting of Naperville, Inc. c/o Roger C. Nelson, Registered Agent

By:   ☑ Personally serving to:   Gwenn Norwick-Perosonal Secretary

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 129 West Willow Ave., Wheaton, IL 60187 on

Comments:   Roger C. Nelson was not available and Gwenn Norwick is authorized to accept on his behalf.

Description: | Sex | **Female** | Race | **White** | Approximate Age | **50** |
|---|---|---|---|---|---|---|
| | Height | **5'5** | Weight | **150** | Hair Color | **Brown** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

Steve Serafin
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL 60601
IL License #117-001101