UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENISE WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | No. 08 CV 4002 |
| ) | |
| v. ) | Honorable John F. Grady |
| ) | |
| J & J PAINTING OF NAPERVILLE, INC., ) | Magistrate Judge Michael T. Mason |
| and JUSTIN EGGERS, individually, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT'S RULE 7.1 DISCLOSURE

Defendant J & J PAINTING OF NAPERVILLE, INC. ("J & J"), by its attorneys, Golan & Christie LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states as follows:

J & J does not have a parent corporation, nor does any publicly held corporation own 10% or more of its stock.

Respectfully submitted,

J & J PAINTING OF NAPERVILLE, INC.

By: /s/ Laura A. Balson
One of Its Attorneys

Margaret A. Gisch, Esq. (#6204431)
Laura A. Balson, Esq. (#6291377)
GOLAN & CHRISTIE LLP
70 West Madison Street
Suite 1500
Chicago, Illinois 60602
(312) 263-2300